7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*  Khelika L Timley−BELOW MD−
*Debtor*

*Bankruptcy Case No.*
15−40412−can13

**Richard Fink**
    Plaintiff(s)

*Adversary Case No.*
15−04061−can

v.

**Exeter Finance Corp**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Exeter Finance Corps lien on the 2012 Dodge Journey with VIN 3C4PDCBGXCT262467 is avoided pursuant to 11 U.S.C. §547 and the property is preserved for the benefit of the bankruptcy estate pursuant to 11 U.S.C. §550 and §551.



PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Kristina D. Richardson
      Deputy Clerk

Date of issuance: 7/29/15

Court to serve